In the Matter of the Accounting of MARY F. BRADY, as Administratrix with the Will Annexed of DANIEL W. TIERNEY, Deceased.

In the Matter of the Petition of DEFERRED PAYMENT PLAN, INC., to Compel MARY F. BRADY, as Administratrix C.T.A. of the Estate of DANIEL W. TIERNEY, Deceased, to Account.

DEFERRED PAYMENT PLAN, INC., Appellant; MARY F. BRADY, as Administratrix with the Will Annexed of the Estate of DANIEL W. TIERNEY, Deceased, et al., Respondents. (Consolidated Proceedings)

Argued May 23, 1945; decided July 19, 1945.

*Edward Garfield* and *Robert H. Wrubel* for appellant.

*Timothy A. McCarthy* and *George L. Kettner* for respondents.

Order affirmed, with costs. The presumption of consideration created by section 50 of the Negotiable Instruments Law, and the contrary affirmative evidence of no consideration, made out a question of fact as to whether or not there had been such consideration for the note in question. We pass upon no other questions. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.